# LADVA LAW FIRM
## Attorneys at Law

530 Jackson Street, 2nd Floor
San Francisco, CA 94133
Tel: (415) 296-8844
Fax: (415) 296-8847

September 8, 2008

VIA FACSIMILE
415 522 3605

Betty Fong, Courtroom Deputy
United States District Court
Northern District of California

                RE:    Continuance of Initial Case Management Conference
                        Case Name: Suze Azor v. James B Peake, et. al.
                        Case Number: C 08-02825 EMC

Dear Ms. Fong:

    I am requesting a continuance of the initial case management conference to ensure that the defendants in this case have time to answer and comply with initial disclosures and ADR selection. The current CMC is scheduled for **September 10, 2008** at 1:30 P.M. I respectfully request that this CMC be continued to **November 19, 2008** at 1:30 P.M.

    Thank you very much for your assistance in this matter.

                                      Yours Sincerely,

                                      Ashwin Ladva
                                        LADVA LAW FIRM
                                       Attorneys for Plaintiff, Azor

IT IS SO ORDERED that the case management conference is reset from 9/10/08 to 11/19/08 at 1:30 p.m. A Joint CMC statement shall be filed by 11/12/08. Plaintiff to serve a copy of this order upon all defendants.

_____
Edward M. Chen
U.S. Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]