IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUE AZOR,

    Plaintiff,

  v.

JAMES B. PEAKE, et al.,

    Defendants.

No. C-08-2825 MMC

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT JAMES B. PEAKE'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    The Court is in receipt of a request, filed November 7, 2008, by which defendant James B. Peake ("Peake") seeks an order continuing the Case Management Conference scheduled for November 21, 2008.

    The request, in the form of a letter, fails to comply with the Civil Local Rules of this District.

    Accordingly, the request is hereby DENIED.  Such denial is without prejudice to Peake's filing a Motion to Change Time, in compliance with Civil Local Rule 6-3, or the parties' filing a Stipulated Request for Order Changing Time, in compliance with Civil Local Rule 6-2.

    **IT IS SO ORDERED.**

Dated:  November 10, 2008

_____
MAXINE M. CHESNEY
United States District Judge