1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
      450 Golden Gate Avenue,9th Floor
5     San Francisco, California 94102-3495
      Telephone:      (415) 436-7181
6     Facsimile:      (415) 436-6748
      Email:     victoria.carradero@usdoj.gov
7  Attorneys for Defendant James B. Peake,
   Secretary, U.S Department of Veterans Affairs
8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   SUZE AZOR,                          )    No. C 08-2825 MMC
13                                      )
           Plaintiff,                   )    STIPULATION AND [PROPOSED]
14                                      )    ORDER TO CONTINUE CASE
       v.                               )    MANAGEMENT CONFERENCE
15                                      )
   JAMES B. PEAKE, SECRETARY OF         )
16 VETERANS AFFAIRS, VA, STACY          )
   LUMBANG AND RENY FAMY,               )
17                                      )
           Defendants.                  )
18                                      )

19

20

21

22

23

24

25

26

27

28

1      Plaintiff Suze Aor and Federal Defendant James Peake, Secretary, U.S.

2   Department of Veterans Affairs, by and through their undersigned counsel, hereby stipulate as

3   follows:

4      WHEREAS, the hearing on Defendant's motion to dismiss Plaintiff's complaint is

5   set for December 12, 2008.

6      WHEREAS, the Case Management Conference ("CMC") in this matter is

7   currently set for November 21, 2008, with a joint CMC statement due November 14, 2008.

8      WHEREAS the parties understand there are various items they are obligated to

9   discuss in order to prepare for the CMC and that the parties are obligated to recommend a case

10   management plan for the case and prepare a written joint statement.

11      WHEREAS the parties agree that the Court's ruling on the pending motion to

12   dismiss may substantially change the matters the parties discuss during the required meet and

13   confer session for the CMC.

14      WHEREAS the parties agree that it is more efficient for all parties and the Court

15   to meet and confer for and attend a CMC after the Court has ruled on the pending motion to

16   dismiss.

17      ACCORDINGLY, the parties hereby agree to and request that the Court continue

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
C 08-2825 MMC                          -2-

1    the CMC from November 21, 2008 until January 30, 2009 or February 6, 2009.

2

3        **IT IS SO STIPULATED**

4

5    DATED: November 13, 2008                    Ashwin Ladva
                                                Ladva Law Firm
6

7

8                                               Attorneys for Plaintiff

9
    DATED: November 12, 2008
10                                              JOSEPH RUSSONIELLO
                                                United States Attorney
11

12

13                                              Victoria R. Carradero
                                                Assistant United States Attorney
14                                              Attorneys for Federal Defendant
                                                James Peake
15

16   **PURSUANT TO STIPULATION IT IS SO ORDERED.** Specifically, the Case

17   Management Conference is continued to February 6, 2009.  A Joint Case Management

     Conference Statement shall be filed no later than January 30, 2009.
18

19   DATED: NOVEMBER 14, 2008

20                                              The Honorable Maxine M. Chesney
                                                United States District Court Judge
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
C 08-2825 MMC                           -3-