IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZE AZOR, | No. C-08-2825 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| JAMES B. PEAKE, et al., | |
| Defendants. / | |

On January 6, 2009, plaintiff filed eight proofs of service of process. Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents.

The Court has previously advised plaintiff of her failure to comply with General Order 45 and the Court's Standing Order in connection with earlier-filed documents. (See Order

filed Dec. 4, 2008.)  Such reminder appears to have had little to no effect on compelling compliance therewith.

Parties are expected to comply with court rules without repeated reminders. Accordingly, plaintiff is hereby advised that the Court will impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 22, 2009

MAXINE M. CHESNEY
United States District Judge