United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZE AZOR, | No. C-08-2825 MMC |
|     Plaintiff, | **ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
|   v. | |
| JAMES B. PEAKE, et al., | |
|     Defendants. | |

On January 23, 2009, defendants James B. Peake ("Peake") and the United States Department of Veterans Affairs ("VA") filed an Answer. Peake and VA have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Peake and VA are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Peake and VA are hereby advised that if they fail in the future to comply with General Order 45 and the Court's Standing Order to provide chambers copies

1 of electronically-filed documents, the Court may impose sanctions, including, but not limited
2 to, striking from the record any electronically-filed document of which a chambers copy has
3 not been timely provided to the Court.
4 **IT IS SO ORDERED.**

6 Dated: February 3, 2009

MAXINE M. CHESNEY
United States District Judge